**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARMINE KHUDOYAN,** ) | Case No. 2:11-cv-06150-AGR |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **FOCUS RECEIVABLES** ) | |
| **MANAGEMENT, LLC,** ) | |
| Defendant. ) | |
| _____ ) | _____ |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation and Order for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 24th day of October, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1   Filed electronically on this 24th day of October, 2011, with:

2

3   United States District Court CM/ECF system

4   Notification sent electronically via the Court's ECF system to:

5   Honorable Alicia G. Rosenberg
    United States District Court
6   Central District of California

7

8   Mark S. Armijo
    BRAGG & KULUVA
9   3090 Bristol Street, Suite 640
    Costa Mesa CA 92626
10

11  This 24th day of October, 2011.

12
    s/Todd M. Friedman
13  Todd M. Friedman

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28